

266 So.2d 225

**Arthur ARABIE**

v.

**HARDWARE MUTUAL CASUALTY et al.**

No. 52678.

Sept. 19, 1972.

Application denied; on the facts found by the court of appeal, its judgment is correct.

Application denied; the judgment complained of is not final.

266 So.2d 424

**Albun A. REEVES**

v.

**LOUISIANA & ARKANSAS RAILWAY COMPANY et al.**

No. 52681.

Sept. 20, 1972.

266 So.2d 225

**Audrey Stout WILDER**

v.

**Robert E. WILDER.**

No. 52686.

Sept. 19, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.